**UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN RICHARD O'CONNELL and
SUZANNE O'CONNELL,

      Plaintiffs,                    Civil Action No.

vs.                                    Honorable

HOWMEDICA OSTEONICS CORP,

      Defendant.

---

| | |
|---|---|
| David B. Carter, Jr. (P54862) | Jill M. Wheaton (P49921) |
| Attorney for Plaintiffs | Alison L. Carruthers (P77745) |
| P.O. Box 54 | DYKEMA GOSSETT PLLC |
| Charlotte, MI 48813 | Attorneys for Defendants |
| (517) 618-5146 | 2723 South State Street, Suite 400 |
| | Ann Arbor, MI 48104 |
| | (734) 214-7660 |

---

**INDEX OF EXHIBITS**

Exhibit A:    Summons & Original Complaint

Exhibit B:    First Amended Complaint